OPINION — AG — **** WHOLESALER PACKAGE STORE LICENSE **** IF A PERSON VIOLATES ANY PART OF THE ALCOHOLIC BEVERAGE CONTROL ACT OR ANY ALCOHOLIC BEVERAGE CONTROL RULE, 37 O.S. 1971 527 [37-527](A)(5) PROHIBITS THEM OR ANY OF THEIR PARTNERS FROM OBTAINING OR RENEWING A WHOLESALER, CLASS B WHOLESALER OR PACKAGE STORE LICENSE FOR AT LEAST ONE YEAR. CITE: 37 O.S. 1971 505 [37-505], 37 O.S. 1971 503 [37-503] (DANIEL J. GAMINO)